

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>TAYLOR DAIN PARNELL CALDWELL,<br><br>*Defendant.* | Case No. **23 CR 174 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]**

On or about December 8, 2022, within the Eastern District of Oklahoma, the defendant, **TAYLOR DAIN PARNELL CALDWELL,** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### FORFEITURE ALLEGATION
**[21 U.S.C. § 853]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant Title 21, United States Code, Section 853.

Upon conviction of the violations charged in Count One of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), the defendant, **TAYLOR DAIN PARNELL CALDWELL,** shall forfeit to the United States, pursuant to Title

21, United States Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited to:

- One (1) Savage .308 rifle with Bushnell scope, serial number J830577;
- One (1) OD Defense 12 gauge shotgun, Model N45, serial number 21SA12B-0135, loaded with six rounds of 12 gauge ammunition;
- One (1) Ruger .22 revolver, serial number 67-20529 loaded with six rounds of .22 ammunition;
- One (1) Henry lever action .22 rifle, model H001, serial number 1066948H;
- One (1) Marlin Glenfield model 60 .22 rifle with Simmons scope, serial number 24399681, loaded with 15 rounds of .22 ammunition; and
- One (1) Citadel Boss 25 12 gauge shotgun, serial number 21TG-0161.

TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

_____
ERIN CORNELL, CA Bar # 227135
Assistant United States Attorney